UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S.,

                    Plaintiffs,

          -against-

U.S.; STATES OF U.S.; CONFEDERATE
STATES; J DOES OF U.S.; J. DOES OF THE
VARIOUS STATES OF U.S.; J. DOES OF
PRIVATE ENTITIES; PRIVATE ENTITIES;
J. DOES,

                    Defendants.

JOMO WILLIAMS,

                    Crime Victim

24 **CIVIL** 4769 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the Order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    November 19, 2024
          New York, New York

_____
/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge